UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESCOBAR, | Case No.  1:26-cv-00231-JLT-FJS |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendant. | |

On March 30, 2026, this action was reassigned to District Judge Jennifer L. Thurston and Magistrate Judge Frank J. Singer for all further proceedings.  (ECF No. 16.)  The scheduling conference set for March 31, 2026, was vacated.  (ECF No. 18.)  After consultation with counsel for the parties, the scheduling conference is RESET to April 13, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties shall appear at the conference telephonically. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.

IT IS SO ORDERED.

Dated:    **April 1, 2026**    _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1