UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ESCOBAR,

Plaintiff,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

Defendant.

Case No. 1:26-CV-00231-JLT-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 24)

On October 28, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than twenty-one (21) days of the date of the notice. (ECF No. 24.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than November 18, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 29, 2026**

UNITED STATES MAGISTRATE JUDGE